# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 5D2025-2250
LT Case No. 05-2013-CF-054510-A
_____

DAMIEN DUFF-PORTER,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 Appeal from the Circuit Court for Brevard County.
Charles Grooms Crawford, Judge.

Daniel Winchester Ripley, of Ripley Law, PLLC, Pinellas Park, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Tabitha Mills, Assistant Attorney General, Daytona Beach, for Appellee.

June 4, 2026

PER CURIAM.

    AFFIRMED.

MAKAR, WALLIS, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____